**FOR PUBLICATION**
# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CECILIA L. BARNES,
*Plaintiff-Appellant,*

v.

YAHOO, INC.,
*Defendant-Appellee.*

No. 05-36189

D.C. No.
CV-05-00926-ALA
District of Oregon,
Eugene

ORDER

Filed September 28, 2009

Before: Diarmuid F. O'Scannlain, Susan P. Graber and
Consuelo M. Callahan, Circuit Judges.

---

**ORDER**

The amended opinion filed on June 22, 2009, is further amended as follows:

At page 7430 of the slip opinion, line 11 of the first full paragraph, insert the word <shield> following the word <liability>.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.